**Order of March 26, 2014, Withdrawn and Order filed April 1, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-01020-CR
_____

**REGINALD BROUSSARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1354834**

## ORDER

On March 26, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file a brief. On March 27, 2014, appellant filed a motion to extend time to file his brief and his brief. The motion is granted. Our order of March 26, 2014, is withdrawn. The appeal is reinstated. The State's brief is due 30 days from the date of this order.

PER CURIAM